UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SD COASTLINE, LP<br><br>Plaintiff,<br><br>v.<br><br>OSCAR RAMIREZ et al.,<br><br>Defendants. | Case No. CV 16-00169-AB (AGRx)<br><br>**ORDER REMANDING CASE TO STATE COURT** |

Defendant Oscar Ramirez ("Defendant"), having been sued as a tenant-Defendant in what appears to be a routine unlawful detainer action in California state court, filed a Notice of Removal of that action to this Court. (Docket No. 1.) For the reasons set forth below, the Court **REMANDS** this case for lack of subject matter jurisdiction.

The Notice of Removal does not specifically identify the basis of the court's jurisdiction; it simply invokes 28 U.S.C. §§ 1441(a) and (b) (the removal statute), and 28 U.S.C. § 1367 (the supplemental jurisdiction statute).

However, this is a routine unlawful detainer action, so the plaintiff could not have brought it in federal court initially because the complaint does not competently allege facts creating subject matter jurisdiction, rendering removal improper. 28 U.S.C. §1441(a); *see Exxon Mobil Corp v. Allapattah Svcs., Inc.*, 545 U.S. 546, 563

(2005).

First, under 28 U.S.C. §§ 1331, 1441(b), this unlawful detainer action does not give rise to a federal question or substantial question of federal law because unlawful detainer "is purely a creature of California law." *Wells Fargo Bank v. Lapeen*, 2011 WL 2194117 (N.D. Cal. June 6, 2011). Plaintiff's unlawful detainer action implicates no area of federal law. As such, this action does not give rise to federal question jurisdiction.

Second, this unlawful detainer action does not give rise to diversity jurisdiction. *See* 28 U.S.C. §§ 1332, 1441(b). The underlying complaint states that the amount in controversy does not exceed $10,000. Moreover, removal on the basis of diversity jurisdiction is not proper because Defendant resides in the forum state. 28 U.S.C. § 1441(b).

Accordingly, the Court: (1) **REMANDS** this case to the Superior Court of California, County of Los Angeles, Long Beach/South District, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c); (2) **ORDERS** the Clerk to send a certified copy of this Order to the state court; and (3) **ORDERS** the Clerk to serve copies of this Order on the parties.

**IT IS SO ORDERED**.

Dated: February 16, 2016

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE